**Order filed, May 4, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-22-00282-CV

## BRYCE CARPENTER, Appellant

## V.

## DASPIT LAW FIRM, PLLC, Appellee

---

### On Appeal from the 189th District Court
### Harris County, Texas
### Trial Court Case 2022-13046

---

### ORDER

The reporter's record in this case was due April 22, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Amanda King, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

PER CURIAM